# Law Offices of Todd M. Friedman, P.C.
### Attorneys for Consumers
369 South Doheny Drive #415
Beverly Hills, CA 90211
877-206-4741 Toll Free
866-633-0228 Facsimile
California Office
www.AttorneysForConsumers.com

E-mail: TFriedman@AttorneysForConsumers.com

Writer licensed in:
California

March 24, 2011

Honorable Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**RE:**   **Marlene Taylor v. Pinnacle Credit Services, LLC**
3:10-cv-05164-JCS
April 1, 2011, Motion and Case Management Conference at 9:30 a.m.

Dear Honorable Magistrate Judge Joseph C. Spero:

Please allow me to appear telephonically on behalf of my Plaintiff, Marlene Taylor, at the April 1, 2011, Motion to Dismiss and Case Management conference hearings.

My office is in Beverly Hills, over 300 miles away from the court.  I will be available by phone promptly at 9:30 a.m. at 877-206-4741.  I appreciate your consideration.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 AM and await the Court's call. Court will initiate the phone contact

Dated: 3/25/11



Respectfully submitted,

s/Todd M. Friedman

Todd M. Friedman
Attorney at Law